AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| TED L. KUBALA, JR., individually and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br> v. <br><br> SUPREME PRODUCTION SERVICES, INC. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:15-cv-116 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUPREME PRODUCTION SERVICES, INC.
By and through its registered agent:
Steven W. Tipps
480 County Rd. 372
Sandia, Texas 78383

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael A. Josephson
Andrew W. Dunlap
Lindsay R. Itkin
Fibich, Leebron, Copeland, Briggs & Josephson
1150 Bissonnet, Houston, TX 77005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David J. Bradley, Clerk of Court

CLERK OF COURT

Date: 3-10-15

*Signature of Clerk or Deputy Clerk*

Civil Action No. 2:15-cv-00116

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Steven W. Tipps - Registered Agent

was received by me on *(date)*  03/16/2015  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I declare that on March 20, 2015, I mailed an original of the Summons in A Civil Action - Original Collective Action Complaint by certified mail return receipt requested article 7014-2120-0001-7670-4374 to Supreme Production Services, Inc., c/o Steven W. Tipps, 480 County Rd. 372, Sandia, TX 78383. PS Form 3811 attached and was signed on 3/25/2015.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/31/2015

_____
*Server's signature*

Stacey L. Tagen - Process Server
*Printed name and title*

238 S Egret Bay Blvd., #193
League City, TX 77573
Galveston County
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

7014 2120 0001 7670 4374

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 7.40 |

Postmark Here

Sent To
Street & Apt. No., or PO Box No.
City, State, ZIP+4

Supreme Production Services, Inc.
c/o Steven W. Tipps
480 County Rd. 372
Sandia, TX 78383

PS Form 3800, July 2014     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Supreme Production Services, Inc.
c/o Steven W. Tipps
480 County Rd. 372
Sandia, TX 78383

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Carek Bowder (Sister)_ ☐ Agent ☑ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®  ☐ Priority Mail Express™
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7014 2120 0001 7670 4374

PS Form 3811, July 2013     Domestic Return Receipt