UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **TED L. KUBALA, JR.**, *et al.*, | CASE NO. 2:15-cv-00116 |
| *Plaintiffs*, | |
| v. | COLLECTIVE ACTION |
| **SUPREME PRODUCTION SERVICES, INC.**, | |
| *Defendant*. | |

**ORDER DENYING MOTION TO DISMISS FOR LACK OF JURISDICTION**

Supreme's Motion to Dismiss Collective Action for Lack of Jurisdiction is DENIED.

Signed on _____, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE