UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TED L. KUBALA, JR., AND TRENTON SCHULZE, Individually and on behalf of all others similarly situated, <br>   PLAINTIFFS <br><br> VS. <br><br> SUPREME PRODUCTION SERVICES, INC., <br>   DEFENDANT | § § § § § § § § § § | CIVIL ACTION NO. <br> 2:15-cv-00116 <br><br> UNOPPOSED |

**UNOPPOSED MOTION FOR LEAVE OF DEFENDANT, SUPREME PRODUCTION SERVICES, INC., TO FILE REPLY TO RESPONSE OF PLAINTIFF, TED KUBALA, JR., TO MOTION TO DISMISS FOR LACK OF JURISDICTION**

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Now comes, Defendant **SUPREME PRODUCTION SERVICES, INC.** ("Defendant") seeking leave to file a reply and shows the Court:

1.1    Defendant has moved the Court (Docs. 9 and 11) to dismiss all of the claims of Plaintiff, Ted L. Kubala, Jr. ("Kubala") raised his Original Collective Action Complaint (Doc. 1) and the First Amended Collective Action Complaint (the "Complaint") (Doc. 10) for lack of jurisdiction pursuant to FRCP 12(b)(6), or in the alternative, to compel arbitration of Kubala's claims and stay the proceedings pending an arbitral award or motion to dismiss of the parties.

1.2    Kubala's Response to Supreme's Motion to Dismiss for Lack of Jurisdiction was filed June 2, 2015. (Doc. 16)

1.3     Defendant seeks leave of the Court to reply to the arguments raised in Kubala's Response and to provide the Court with all necessary opposing arguments and case law.

1.4     Plaintiffs do not oppose this motion for leave to reply.

1.5     Defendant seeks ten (10) days or until June 12, 2015 to file its reasoned reply.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant **SUPREME PRODUCTION SERVICES, INC.**, respectfully prays that the Court grant ten (10) days leave to reply to Kubala's Response to Supreme's Motion to Dismiss for Lack of Jurisdiction, and for all other relief that the Court deems warranted in law and equity.

Respectfully submitted,

*/s/ Tonya Beane Webber*
Tonya Beane Webber
So. Dist. I.D. No. 6145
Texas Bar No. 21042300
Email: twebber@prdg.com
(361) 880-5824 – Direct line
(361) 880-5844 – Telefax

**ATTORNEY IN CHARGE FOR**
**SUPREME PRODUCTION SERVICES, INC.**

**OF COUNSEL:**

Lisa Alcantar
So. Dist. I.D. No: 1093319
Texas Bar No.: 24069824
Email: lalcantar@prdg.com
(210) 547-9325 - Direct Line
(210) 736-1992 – Telefax

**PORTER, ROGERS, DAHLMAN & GORDON, P.C.**
One Shoreline Plaza (Tonya Webber's Office)
800 N. Shoreline Blvd., Suite 800
Corpus Christi, Texas  78401
Telephone:   (361) 880-5808
Telefax:        (361) 880-5844
Trinity Plaza II (Lisa Alcantar's Office)
745 E. Mulberry Ave., Suite 450
San Antonio, Texas 78212
Telephone:   (210) 736-3900
Telefax:        (210) 736-1992

## CERTIFICATE OF CONFERENCE

On June 3, 2015, I conferred with opposing counsel who state Plaintiffs are not opposed to this motion for leave to reply.

/s/ *Tonya Beane Webber*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been sent via **ELECTRONIC SERVICE** to counsel listed below on June 3, 2015.

Michael A. Josephson – mjosephson@fibichlaw.com
Andrew W. Dunlap – adunlap@fibishlaw.com
Lindsay R. Itkin – litkin@fibichlaw.com
**FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON**

AND

Richard J. Burch – rburch@brucknerburch.com
**BRUCKNER BURCH PLLC**

/s/ *Tonya Beane Webber*