UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TED L. KUBALA, JR., AND TRENTON SCHULZE, Individually and on behalf of all others similarly situated, PLAINTIFFS | § § § § § § § § § § | |
| VS. | | CIVIL ACTION NO. 2:15-cv-00116 |
| SUPREME PRODUCTION SERVICES, INC., DEFENDANT | | JURY TRIAL DEMANDED BY PLAINTIFF |

## STIPULATION OF THE PARTIES

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

Defendant, **Supreme Production Services, Inc.** ("Defendant") filed Original Answer of Defendant, Supreme Production Services, Inc. to First Amended Collective Action Complaint (Trenton Schulze), Subject to the Motion of Defendant, Supreme Production Services, Inc., to Dismiss Plaintiff, Ted Kubala, Jr., for Lack of Jurisdiction in which Defendant asserts a Counterclaim. (Doc. 12, pg. 14, ¶¶ 65-66) Plaintiffs, **Ted Kubala, Jr. and Trenton Schulze**, filed Plaintiffs' Motion to Strike Defendant's Counterclaim, and in the Alternative, Motion to Dismiss for Failure to State a Claim. (Doc. 14)

The Plaintiffs and Defendant stipulate and agree that Defendant's Counterclaim (¶¶ 65-66 ONLY of Doc. 12, pg. 14) and Plaintiffs' Motion to Strike (Doc. 14) shall be considered withdrawn for all purposes and of no effect in this case.

Respectfully submitted,

*/s/ Tonya Beane Webber*

Tonya Beane Webber
So. Dist. I.D. No. 6145
Texas Bar No. 21042300
Email: twebber@prdg.com
(361) 880-5824 – Direct line
(361) 880-5844 – Telefax

**ATTORNEY IN CHARGE FOR
SUPREME PRODUCTION SERVICES, INC.**

*/s/ Andrew Dunlap*

Andrew W. Dunlap
So. Dist. I.D. No. 1093163
Texas Bar No. 24078444
Email: adunlap@fibichlaw.com
(713) 751-0025
(713) 751-0030 – Telefax

**ATTORNEY IN CHARGE FOR PLAINTIFFS**