IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TED L. KUBALA, JR. and TRENTON SCHULZE, individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 2:15-CV-00116 |
| vs. | § § | |
| SUPREME PRODUCTION SERVICES, INC., | § § § | |
| Defendant. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Having reached a compromise of the claims alleged by Class Representative Plaintiffs, Ted L. Kubala, Jr., and Trenton Schulze, and opt-in plaintiffs or claimants Antonio Bazan-Gonzalez, Rolando Benavides, Joel Candela, Steve Cantu, Jon Carter, Joe Charo, Caleb Finley, James Finley, Collins Ganson, Jesus Garcia, Jason Gonzalez, Andres Gonzalez, Joshua Hernandez, Michael McHugh, Harold Miller, Alonzo Morales, Sergio Morales, David Perez, John Pruneda, Nicholas Reno, Jeremy Tabors, David Turner, Samuel Tiblier, and Tyler Weldon (collectively referred to as "Plaintiffs") against Supreme Production Services, Inc. the Plaintiffs respectfully request that the Court approve the terms of settlement and dismiss Plaintiffs' claims as described in the settlement agreement with prejudice to the refiling of the same. *See* Exhibit 1 – filed under seal.

                                        Respectfully Submitted,

                                        By: /s/ *Andrew W. Dunlap*
                                              Michael A. Josephson
                                              Fed. Id. 27157
                                              State Bar No. 24014780
                                              Andrew Dunlap
                                              Fed Id. 1093163
                                              State Bar No. 24078444

**FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
adunlap@fibichlaw.com

AND

Richard J. (Rex) Burch
State Bar No. 24001807
Fed. Id. 21615
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

ATTORNEYS IN CHARGE FOR PLAINTIFF

AND

By: */s/ Daniel D. Pipitone*
   **Daniel D. Pipitone**
   Texas Bar No. 16024600
   SD Texas Bar No. 294
   MUNSCH HARDT KOPF & HARR, PC
   700 Milam Street, Suite 2700
   Houston, Texas 77002
   Tel:  (713) 222-4060
   Fax:  (713) 222-5813
   dpipitone@munsch.com
   **ATTORNEY-IN-CHARGE FOR SUPREME PRODUCTION SERVICES, INC.**

4822-6277-3316v.1

**OF COUNSEL:**
MUNSCH HART KOPF & HARR, PC
700 Milam Street, Suite 2700
Houston, Texas 77002
**Michael A. Harvey**
Texas Bar No. 24058352
SD Texas Bar No. 917759
Tel: (713) 222-4015
Fax: (713) 222-5835
mharvey@munsch.com
**Brenna L. Hill**
Texas Bar No. 24092514
SD Texas Bar No. 2478480
Tel: (713) 222-4068
Fax: (713) 222-5814
bhill@munsch.com

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served by ECF electronic filing on all known parties on March 13, 2017.

/s/ *Andrew W. Dunlap*
Andrew W. Dunlap

## CERTIFICATE OF CONFERENCE

I conferred with counsel for Defendant, who is agreed to the relief sought in this Motion.

/s/ *Andrew W. Dunlap*
Andrew W. Dunlap