United States District Court
Southern District of Texas
**ENTERED**
March 23, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TED L. KUBALA JR., *et al*, | § |
| | § |
| Plaintiffs, | § |
| VS. | § CIVIL NO. 2:15-CV-116 |
| | § |
| SUPREME PRODUCTION SERVICES, INC., | § |
| | § |
| Defendant. | § |

## ORDER APPROVING FLSA SETTLEMENT AND STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Pending before the Court is the parties' Agreed Motion to Dismiss with Prejudice, Dkt. No. 119, which also asks for the Court's approval of the parties' Settlement Agreement.

Having considered the sealed settlement agreement, Dkt. No. 117, and the Agreed Motion to Dismiss, Dkt. No. 119, and having found the parties' settlement a fair and equitable resolution of a bona fide Fair Labor Standards Act ("FLSA") dispute, the Court determines that the Parties' Agreed Motion to Dismiss should be granted in all respects.

Therefore, the Court **GRANTS** the parties motion, Dkt. No. 119, and **ORDERS** that the parties' settlement is approved and that this action is dismissed in its entirety, with prejudice. The Court **DIRECTS** the Clerk to close this case.

SIGNED this 23 day of March, 2017.

Hilda Tagle
Senior United States District Judge